UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
FRANCISCO GUZMAN, *pro se*, :
: 
              Plaintiff, : **ORDER**
:
           -against- : 03-CV-2924 (DLI)(LB)
:
METROPOLITAN DETENTION CENTER, :
MEDICAL DEPARTMENT, P.A. RAMOS :
LEE, M.D., :
:
            Defendants. :
------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      It appearing that no objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M..J. dated June 28, 2005; and

      Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby ORDERED that defendants' motion to dismiss plaintiff's complaint under the Federal Tort Claims Act is granted and is denied in all other respects.

      ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.

DATED:    Brooklyn, New York
            September 7, 2005

                                          _____/s/_____
                                                 DORA L. IRIZARRY
                                            United States District Judge